1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

9

ROBERT TAYLOR,                )    NO. 2:22-cv-07338-SVW (KS)
                              )
            Plaintiff,        )
                              )
      v.                      )    ORDER ACCEPTING FINDINGS,
                              )    CONCLUSIONS, AND
J. DAVALOS et al.,            )    RECOMMENDATIONS OF UNITED
                              )    STATES MAGISTRATE JUDGE
            Defendants.       )
_____    )

16
17

    Pursuant to 28 U.S.C. § 636, Court has reviewed the First Amended Complaint, Defendants' Motion for Summary Judgment, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Plaintiff's Objections.   After having made a *de novo* determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

    IT IS ORDERED that: (1) the Motion for Summary Judgment filed by Defendants is GRANTED; and (2) Judgment shall be entered dismissing this action with prejudice as to all Defendants.

The Clerk shall serve copies of this Order and the Judgment herein on Plaintiff and counsel for Defendants.

**IT IS SO ORDERED.**

DATED:    October 22, 2024

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE