JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **ROBERT TAYLOR,** | ) | NO. 2:22-cv-07338-SVW (KS) |
| **Plaintiff,** | ) ) ) | |
| v. | ) | **JUDGMENT** |
| | ) ) | |
| **J. DAVALOS et al.,** | ) ) | |
| **Defendants.** | ) ) | |
| _____ | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice as to all Defendants.

DATED: October 22, 2024

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE